51 So.2d 381

### Mrs. Lee BAKER v. STATE.
### 6 Div. 223.

Supreme Court of Alabama.

March 22, 1951.

Si Garrett, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the petition.

Jas. A. McCollum and Jere Campbell, Tuscaloosa, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Baker v. State, 35 Ala.App. 596, 51 So.2d 376.

Writ denied.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.